UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-349-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| PATRICK MORTON, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>: False Statement

<u>Date of Detention Hearing</u>:   Initial Appearance November 15, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant appears before this court pursuant to a Writ of Habeas Corpus ad Prosequendum, from the custody of the Snohomish County Jail where he was held on pending

01 charges of Attempted Robbery in the First Degree.

02      2.      Defendant was not interviewed by Pretrial Services. His background information
03 is not known or verified. Defendant does not contest detention.

04      3.      Defendant poses a risk of nonappearance due to a pending case in Snohomish
05 county and unknown background. He poses a risk of danger due to pending charges and criminal
06 history.

07      4.      There does not appear to be any condition or combination of conditions that will
08 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
09 to other persons or the community.

10 It is therefore ORDERED:

11      (1)     Defendant shall be detained pending trial and committed to the custody of the
12              Attorney General for confinement in a correction facility separate, to the extent
13              practicable, from persons awaiting or serving sentences or being held in custody
14              pending appeal;

15      (2)     Defendant shall be afforded reasonable opportunity for private consultation with
16              counsel;

17      (3)     On order of a court of the United States or on request of an attorney for the
18              Government, the person in charge of the corrections facility in which defendant is
19              confined shall deliver the defendant to a United States Marshal for the purpose of
20              an appearance in connection with a court proceeding; and

21      (4)     The clerk shall direct copies of this Order to counsel for the United States, to
22              counsel for the defendant, to the United States Marshal, and to the United States

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 2

01    Pretrial Services Officer.

02        DATED this 15th day of November, 2007.

03

04                               _____
                                 Mary Alice Theiler
05                               United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                       Rev. 1/91
PAGE 3